## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JOSHUA CROCKETT,

    Plaintiff,

v.                                          Case No:   6:24-cv-1234-AGM-LHP

ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendant

---

### ORDER

(and Direction to the Clerk)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S NOTICE OF INCORRECTLY FILED DOCUMENT, MOTION TO FILE CORRECTED RULE 72(A) OBJECTIONS, AND MOTION FOR CM/ECF ACCESS (Doc. No. 64)**
>
> **FILED:** December 11, 2025
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**

On December 8, 2025 the undersigned denied without prejudice *pro se* Plaintiff Joshua Crockett's motion for sanctions.  Doc. No. 61.  On December 10, 2025, Plaintiff filed objections to the undersigned's Order, pursuant to Federal Rule of Civil Procedure 72(a), which objections remain pending before the Presiding District Judge.  Doc. No. 63.  The very next day, Plaintiff filed the above-styled combination notice and motion in which Plaintiff seeks to substitute a different version of his Rule 72(a) objections, and renews his request for access to the Court's CM/ECF docketing system.  Doc. No. 64.  Defendant has filed a response.  Doc. No. 66.  The notice and motion have been referred to the undersigned.

Upon consideration, the motion (Doc. No. 64) is **GRANTED** to the extent that Plaintiff's December 10, 2025 objections (Doc. No. 63) are hereby **STRICKEN**, and the Clerk is **DIRECTED** to file Plaintiff's December 11, 2025 objections (Doc. No. 64-1) as a separate docket entry, to be considered by the Presiding District Judge as appropriate.  The motion (Doc. No. 64) is otherwise **DENIED** to the extent Plaintiff renews his request for CM/ECF docketing access.  For many of the reasons discussed in the undersigned's prior Order (Doc. No. 62), Plaintiff has not shown good cause or extenuating circumstances justifying the requested relief.  To the contrary, Plaintiff has demonstrated an ability to litigate his case without CM/ECF access, and he was previously granted access to Notices of Electronic Filing.  Doc. No. 62.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties