**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA CROCKETT,

        Plaintiff,

v.                                  Case No:   6:24-cv-1234-AGM-LHP

ORANGE COUNTY BOARD OF
COUNTY COMMISSIONERS,

        Defendant

**ORDER**

Before the Court is Plaintiff's Verified Motion to Strike Defendant's Untimely Affirmative Defenses and for Sanctions Pursuant to Fed. R. Civ. P. 12(f), 12(g)(2), and Local Rule 3.01(g).   Doc. No. 99.   Defendant has filed a response in opposition.   Doc. No. 109.   Upon review the motion is due to be denied.

While Plaintiff discusses "affirmative defenses," what Plaintiff is really seeking is to strike portions of Defendant's pending motion to dismiss (Doc. No. 96). *See* Doc. No. 99, at 4.   To the extent Plaintiff's motion is premised on a failure to confer under Local Rule 3.01(g), the motion is unpersuasive, as the record clearly shows that Defendant complied with the conferral requirements of Local Rule 3.01(g), as well as the supplementation requirements of Local Rule 3.01(g)(3).   *See*

Doc. No. 96, at 24; Doc. No. 101.   In addition, Federal Rule of Civil Procedure 12(f) only authorizes a Court to strike matters from a pleading, not from a motion.   *See* Fed. R. Civ. P. 12(f); *Silva v. Swift*, 333 F.R.D. 245, 248 (N.D. Fla. 2019) ("Plaintiff's motion to strike asks this court to strike two motions, not pleadings.   Rule 12(f) does not authorize such relief."); *Marfut v. Gardens of Gulf Cove POA, Inc.*, No. 2:17-cv-595-FtM-38CM, 2018 WL 746866, at *2 (M.D. Fla. Feb. 7, 2018) ("Rule 12(f) motions are limited to striking pleadings, which include complaints, answers, and a reply to an answer.   So these type of motions cannot be used to strike other motions." (citations omitted)).

Accordingly, Plaintiff's motion to strike (Doc. No. 99) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -